# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 18-1538V
### (Not to be Published)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
* * *
DURENDA WHITEHEAD and     *
KEYNARD SHAWTELL JOHNSON, SR., *
on behalf of KSJ, JR,         *      Chief Special Master Corcoran
* * *
         Petitioners,    *      Filed: February 27, 2024
* * *
        v.           *
* * *
SECRETARY OF HEALTH     *
AND HUMAN SERVICES,    *
* * *
        Respondent.    *
* * *
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Julius Vincent Cook*, Cook & Tolley, LLP, Athens, GA, for Petitioner.

*Zoe Wade*, U.S. Dep't of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES[1]

On October 4, 2018, Durenda Whitehead and Keynard Shawtell Johnson filed a petition on behalf of their minor son, K.S.J., Jr. ("K.J.") seeking compensation under the National Vaccine Injury Compensation Program.[2] (ECF No. 1). Petitioners alleged that K.J. suffered vaccine-induced seizures and encephalopathy as a result of receiving the measles, mumps, rubella, and varicella vaccine on January 17, 2017. Petition at 1. Alternatively, they alleged that receipt of

---

[1] Because this decision contains a reasoned explanation for my actions in this case, I will post it on the United States Court of Federal Claims website, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 (2012). As provided by 42 U.S.C. § 300aa-12(d)(4)(B), however, the parties may object to the decision's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole decision will be available to the public. *Id.*

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3758, codified as amended at 42 U.S.C. §§ 300aa-10 through 34 (2012) ("Vaccine Act" or "the Act"). Individual section references hereafter will be to § 300aa of the Act (but will omit that statutory prefix).

several vaccines ((including the influenza, hepatitis A, diphtheria, tetanus, acellular pertussis, hepatitis B, inactivated polio vaccine, haemophilus influenza type B, and pneumococcal conjugate ("PCV12") vaccines) on January 17, 2017 caused K.J. to suffer the "activation of his SLC19A3 gene variant" leading him to experience an "SLC19A3-related encephalopathy." Petitioner's Prehearing Brief, filed Nov. 19, 2020 (ECF No. 32).

I held an entitlement hearing in the matter, and found in favor of Petitioners. Ruling on Entitlement. (ECF No. 42). On January 5, 2024, Respondent filed a proffer proposing an award of compensation. (ECF No. 59). I have reviewed the file, and based upon that review I conclude that the Respondent's proffer (as attached hereto) is reasonable. I therefore adopt it as my decision in awarding damages on the terms set forth therein.

The proffer awards:

- A lump sum payment of $1,616,572.94 representing compensation for pain and suffering ($250,000.00), life care expenses for the first year after judgment ($251,934.06) and future lost earnings ($1,114,638.88), in the form of a check payable to Petitioners as guardians/conservators of K.J.'s estate (see terms in the attached Proffer); and

- An amount sufficient to purchase an annuity contract to provide payments for the items in the life care plan, as described in the attached proffer.

Proffer at II. These amounts represent compensation for all elements of compensation under 42 U.S.C. § 300aa-15(a) to which Petitioners are entitled.

The Proffer also specifies that:

"No payments shall be made until petitioners provide respondent with documentation establishing that they have been appointed as the guardian(s)/conservator(s) of K.J.'s estate. If petitioners are not authorized by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of K.J., any such payment shall be made to the party or parties appointed by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of K.J. upon submission of written documentation of such appointment to the Secretary."

I approve a Vaccine Program award in the requested amount set forth above to be made to Petitioners, in accordance with the forementioned terms (including the guardianship

requirements). In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court is directed to enter judgment herewith.[3]

   **IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by each filing (either jointly or separately) a notice renouncing their right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____

DURENDA WHITEHEAD and )
KEYNARD SHAWTELL JOHNSON, SR., )
on behalf of KSJ, JR. )
 )
Petitioners, )
 )
v. ) No. 18-1537V
 ) Chief Special Master Corcoran
SECRETARY OF THE DEPARTMENT OF ) ECF
HEALTH AND HUMAN SERVICES, )
 )
Respondent. )
_____ )

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On October 4, 2018, Durenda Whitehead and Keynard Shawtell Johnson, Sr.,

("petitioners"), on behalf of her minor son, K.S.J., Jr. (hereinafter referred to as "K.J."), filed a

petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C.

§§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that as a result of receiving the measles,

mumps, rubella and varicella ("MMRV") vaccine on January 17, 2017, K.J. suffered vaccine-

induced seizures and encephalopathy.  Petition at 1 (ECF No. 1).  In the alternative, Petitioners

alleged that K.J.'s receipt of several vaccines on January 17, 2017 (including the MMRV,

influenza, hepatitis A, diphtheria, tetanus, acellular pertussis, hepatitis B, inactivated polio

vaccine, haemophilus influenza type B, and pneumococcal conjugate ("PCV12") vaccines,

caused him to suffer "the activation of his SLC19A3 gene variant," leading him to experience an

"SLC19A3-related encephalopathy."  Petitioners' Prehearing Brief, filed Nov. 19, 2020 (ECF

No. 32).  On September 29, 2021, Chief Special Master Corcoran issued a Ruling on Entitlement in

favor of petitioners.  ECF No. 42.  Respondent now proffers the following regarding the amount of compensation to be awarded.[1]

## I.   **Items of Compensation**

### A.   Life Care Items

Respondent engaged life care planner M. Virginia Walton, M.S.N., RN, FNP, CLCP, and petitioners engaged Audrey Cowart, M.Ed., CRC, LPC, CLCP, to provide an estimation of K.J.'s future vaccine-injury related needs.  For the purposes of this proffer, the term "vaccine related" is as described in the Special Master's September 29, 2021, Ruling on Entitlement.  All items of compensation identified in the life care plan are supported by the evidence and are illustrated by the chart entitled Appendix A: Items of Compensation for K.J., attached hereto as Tab A.[2]  Petitioners agree.

### B.   Lost Future Earnings

The parties agree that based upon the evidence of record, K.J. will not be gainfully employed in the future.  Therefore, respondent proffers that K.J. should be awarded lost future earnings as provided under the Vaccine Act, 42 U.S.C. § 300aa-15(a)(3)(B).  Respondent proffers that the appropriate award for K.J.'s lost future earnings is $1,114,638.88.  Petitioners agree.

---

[1]  The parties have no objection to the amount of the proffered award of damages.  However, respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(f), to seek review of the Chief Special Master's September 29, 2021 Ruling on Entitlement, finding petitioners entitled to an award under the Vaccine Act.  This right accrues following the issuance of the damages decision.

[2]  The chart at Tab A illustrates the annual benefits provided by the life care plan.  The annual benefit years run from the date of judgment up to the first anniversary of the date of judgment, and every year thereafter up to the anniversary of the date of judgment.

C.    Pain and Suffering

Respondent proffers that K.J. should be awarded $250,000.00 in actual pain and

suffering.   See 42 U.S.C. § 300aa-15(a)(4).  Petitioners agree.

II.    **Form of the Award**

The parties recommend that the compensation provided to K.J. should be made through a

combination of lump sum payments and future annuity payments as described below, and request

that the Special Master's decision and the Court's judgment award the following:[3]

A.  A lump sum payment of $1,616,572.94, representing compensation for life care

expenses in the first year after judgment ($251,934.06), lost future earnings ($1,114,638.88), and

pain and suffering ($250,000.00), in the form of a check payable to petitioners as guardian(s)/

conservator(s) of the estate of K.J., for the benefit of K.J.  No payments shall be made until

petitioners provide respondent with documentation establishing that they have been appointed as

the guardian(s)/conservator(s) of K.J.'s estate.  If petitioners are not authorized by a court of

competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of K.J., any such

payment shall be made to the party or parties appointed by a court of competent jurisdiction to

serve as guardian(s)/conservator(s) of the estate of K.J. upon submission of written

documentation of such appointment to the Secretary.

B.  An amount sufficient to purchase the annuity contract,[4] subject to the conditions

described below, that will provide payments for the life care items contained in the life care plan,

---

[3]  Should K.J. die prior to entry of judgment, the parties reserve the right to move the Court for
appropriate relief.  In particular, respondent would oppose any award for future medical
expenses, lost future earnings, and future pain and suffering.

[4]  In respondent's discretion, respondent may purchase one or more annuity contracts from one
or more life insurance companies.

as illustrated by the chart at Tab A attached hereto, paid to the life insurance company[5] from
which the annuity will be purchased.[6]  Compensation for Year Two (beginning on the first
anniversary of the date of judgment) and all subsequent years shall be provided through
respondent's purchase of an annuity, which annuity shall make payments directly to petitioners
only so long as K.J. is alive at the time a particular payment is due.  At the Secretary's sole
discretion, the periodic payments may be provided to petitioners in monthly, quarterly, annual or
other installments.  The "annual amounts" set forth in the chart at Tab A describe only the total
yearly sum to be paid to petitioners and do not require that the payment be made in one annual
installment.

      1.    <u>Growth Rate</u>

Respondent proffers that a four percent (4%) growth rate should be applied to all non-
medical life care items, and a five percent (5%) growth rate should be applied to all medical life
care items.  Thus, the benefits illustrated in the chart at Tab A that are to be paid through annuity
payments should grow as follows: four percent (4%) compounded annually from the date of

---

[5]  The Life Insurance Company must have a minimum of $250,000,000 capital and surplus,
exclusive of any mandatory security valuation reserve.  The Life Insurance Company must have
one of the following ratings from two of the following rating organizations:

    a.  A. M. Best Company:  A++, A+, A+g, A+p, A+r, or A+s;

    b.  Moody's Investor Service Claims Paying Rating:  Aa3, Aa2, Aa1, or Aaa;

    c.  Standard and Poor's Corporation Insurer Claims-Paying Ability Rating:  AA-,
    AA, AA+, or AAA;

    d.  Fitch Credit Rating Company, Insurance Company Claims Paying Ability
    Rating:  AA-, AA, AA+, or AAA.

[6]  Petitioners authorize the disclosure of certain documents filed by the petitioners in this case
consistent with the Privacy Act and the routine uses described in the National Vaccine Injury
Compensation Program System of Records, No. 09-15-0056.

judgment for non-medical items, and five percent (5%) compounded annually from the date of judgment for medical items.  Petitioners agree.

### 2.    Life-Contingent Annuity

The petitioners will continue to receive the annuity payments from the Life Insurance Company only so long as K.J. is alive at the time that a particular payment is due.  Written notice shall be provided to the Secretary of Health and Human Services and the Life Insurance Company within twenty (20) days of K.J.'s death.

### 3.    Guardianship

No payments shall be made until petitioners provide respondent with documentation establishing that they have been appointed as the guardian(s)/conservator(s) of K.J.'s estate.  If petitioners are not authorized by a court of competent jurisdiction to serve as guardian(s)/ conservator(s) of the estate of K.J., any such payment shall be made to the party or parties appointed by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of K.J. upon submission of written documentation of such appointment to the Secretary.

### III.   **Summary of Recommended Payments Following Judgment**

A.   Lump Sum paid to the court-appointed guardian(s)/
     conservator(s) of the estate of K.J. for the benefit of K.J.:     **$ 1,616,572.94**

B.   An amount sufficient to purchase the annuity contract described
     above in section II. B.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

LARA A. ENGLUND
Assistant Director
Torts Branch, Civil Division

*/s/Zoë R. Wade*
ZOE R. WADE
Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P.O. Box l46, Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel: (202) 616-4118
Email: zoe.wade@usdoj.gov

Dated: January 5, 2024

**Appendix A:  Items of Compensation for K.J.**

| ITEMS OF COMPENSATION | G.R | * | M | Lump Sum Compensation Year 1 | Compensation Years 2-4 | Compensation Year 5 | Compensation Year 6 | Compensation Year 7 | Compensation Year 8 | Compensation Year 9 | Compensation Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2024 | 2025-2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
| Insurance Premiums | 5% | | M | 3,838.32 | 3,838.32 | 3,838.32 | 3,838.32 | 4,179.48 | 4,309.92 | 4,440.36 | 4,580.88 |
| Insurance Maximum out of Pocket | 5% | | | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap | 5% | | M | | | | | | | | |
| Physiatrist | 5% | * | | | | | | | | | |
| Neurologist | 5% | * | | | | | | | | | |
| Mileage: Physiatrist/ Neurologist | 4% | | | 25.44 | 25.44 | 25.44 | 25.44 | 25.44 | 25.44 | 25.44 | 25.44 |
| Orthopedist | 5% | * | | | | | | | | | |
| Mileage: Orthopedist | 4% | | | 12.72 | 6.36 | 6.36 | 6.36 | 6.36 | 6.36 | 6.36 | 6.36 |
| Internist | 5% | * | | | | | | | | | |
| Dentist - Sealants | 5% | | | 420.00 | | | | | | | 420.00 |
| Dentist | 5% | * | | | | | | | | | |
| Neuropsychologist | 5% | | | 2,383.86 | | | | | | | 2,383.86 |
| Mileage: Neuropsychologist | 4% | | | 12.72 | | | | | | | 12.72 |
| Physical Therapy Evaluation | 4% | * | | | | | | | | | |
| Occupational Therapy Evaluation | 4% | * | | | | | | | | | |
| WC Seating Eval | 4% | | | 198.00 | 198.00 | 198.00 | 198.00 | 198.00 | 198.00 | 198.00 | 198.00 |
| SLP Evaluation | 4% | * | | | | | | | | | |
| SLP Feeding Evaluation | 4% | * | | | | | | | | | |
| Physical Therapy | 4% | | M | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 |
| Occupational Therapy | 4% | | M | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 |
| Speech Therapy | 4% | | | | | | | | | | |
| Nutritional Assessment | 4% | * | | | | | | | | | |
| SLP Feeding Therapy | 4% | * | | | | | | | | | |
| Aquatic Therapy | 4% | | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Hippo Therapy | 4% | | | 720.00 | 720.00 | 720.00 | 720.00 | 720.00 | 720.00 | 720.00 | 720.00 |
| Assistive Tech Training | 4% | | | | | | | | | | |
| Case Management | 4% | | M | 4,560.00 | 4,560.00 | 4,560.00 | 4,560.00 | 4,560.00 | 4,560.00 | 4,560.00 | 4,560.00 |

| ITEMS OF COMPENSATION | G.R | * | M | Lump Sum Compensation Year 1 | Compensation Years 2-4 | Compensation Year 5 | Compensation Year 6 | Compensation Year 7 | Compensation Year 8 | Compensation Year 9 | Compensation Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2024 | 2025-2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
| X-rays | 5% | * | | | | | | | | | |
| Barium Swallow | 5% | * | | | | | | | | | |
| Baclofen | 5% | * | | | | | | | | | |
| Vitamin B1 | 4% | | | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 |
| Biotin | 4% | | | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 |
| Albuterol | 5% | * | | | | | | | | | |
| Pediasure | 4% | | M | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 |
| Liquid Thickener Box - School | 4% | | M | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 |
| Liquid Thickener Canister - Home | 4% | | M | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 |
| Undergarments | 4% | | M | 525.60 | 525.60 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 |
| Wipes | 4% | | M | 124.10 | 124.10 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 |
| Adaptive Aids | 4% | | | 750.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Toilet Chair | 4% | | | 208.00 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 |
| Standing Frame | 4% | * | | | | | | | | | |
| Heel Protector Pads | 4% | | | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
| Gait Trainer | 4% | | | 1,865.00 | 466.25 | 466.25 | 466.25 | 466.25 | 466.25 | 466.25 | 466.25 |
| Manual Wheelchair | 4% | * | | | | | | | | | |
| Cushion w/Cover | 4% | | | 506.00 | 126.50 | 126.50 | 126.50 | 126.50 | 126.50 | 126.50 | 126.50 |
| Manual Transport Wheelchair | 4% | | | 487.00 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 |
| Wheelchair Maintenance | 4% | * | | | | | | | | | |
| Shower Wheelchair | 4% | | | 1,976.00 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 |
| Portable Patient Lift | 4% | * | | | | | | | | | |
| Slings for Lift | 4% | | | | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 |
| Hospital Bed | 4% | * | | | | | | | | | |
| Bilateral Wrist/ Hand Orthoses | 4% | * | | | | | | | | | |
| KAFOs | 4% | * | | | | | | | | | |
| Alternative Aug Comm Device | 4% | * | | | | | | | | | |
| Aug Comm Device Accessories | 4% | | | 1,965.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 |

**Appendix A:  Items of Compensation for K.J.**                                                                 Page 3 of 15

| ITEMS OF COMPENSATION | G.R | * | M | Lump Sum Compensation Year 1 | Compensation Years 2-4 | Compensation Year 5 | Compensation Year 6 | Compensation Year 7 | Compensation Year 8 | Compensation Year 9 | Compensation Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2024 | 2025-2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
| Aug Comm Device Maintenance & Repair | 4% | | | | | | | | | | |
| Accessories for Mobility Equip | 4% | | | 488.00 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 |
| AAC Battery Charger | 4% | | | 99.00 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 |
| Therapeutic Summer Camp | 4% | | | 567.00 | 567.00 | 567.00 | 567.00 | 567.00 | 567.00 | 567.00 | 567.00 |
| Adaptice Tricylce | 4% | | | 2,070.00 | | | | | | | |
| Accessible Van | 4% | | | 49,535.00 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 |
| Portable Ramps | 4% | | | 443.00 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 |
| Personal Care Attendant | 4% | | M | 50,172.50 | 50,172.50 | 50,172.50 | 50,172.50 | 50,172.50 | 50,172.50 | 50,172.50 | 50,172.50 |
| Home Modification | 4% | | | 117,014.00 | | | | | | | |
| Housekeeping Services | 4% | | M | | | | | | | | |
| Personal Care Aide/Driver Services | 4% | | M | | | | | | | | |
| Personal Care Aide in Facility | 4% | | M | | | | | | | | |
| Facility | 4% | | M | | | | | | | | |
| Lost Future Earnings | | | | 1,114,638.88 | | | | | | | |
| Pain and Suffering | | | | 250,000.00 | | | | | | | |
| Annual Totals | | | | 1,616,572.94 | 78,589.44 | 78,812.09 | 78,812.09 | 79,153.25 | 79,283.69 | 79,414.13 | 82,371.23 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/
conservators(s) of the estate of K.J. for the benefit of K.J., for lost future earnings ($1,114,638.88),
pain and suffering ($250,000.00), and Yr 1 life care expenses ($251,934.06): $1,616,572.94.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

Appendix A:  **Items of Compensation for K.J.**

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 11 2034 | Compensation Year 12 2035 | Compensation Year 13 2036 | Compensation Year 14 2037 | Compensation Years 15-16 2038-2039 | Compensation Year 17 2040 | Compensation Year 18 2041 | Compensation Year 19 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance Premiums | 5% | | M | 4,721.28 | 4,866.84 | 5,017.44 | 5,017.44 | 5,017.44 | 5,037.36 | 5,137.80 | 5,258.16 |
| Insurance Maximum out of Pocket | 5% | | | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap | 5% | | M | | | | | | | | |
| Physiatrist | 5% | * | | | | | | | | | |
| Neurologist | 5% | * | | | | | | | | | |
| Mileage: Physiatrist/ Neurologist | 4% | | | 25.44 | 25.44 | 25.44 | 12.72 | 12.72 | 12.72 | 12.72 | 12.72 |
| Orthopedist | 5% | * | | | | | | | | | |
| Mileage: Orthopedist | 4% | | | 6.36 | 6.36 | 6.36 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 |
| Internist | 5% | * | | | | | | | | | |
| Dentist - Sealants | 5% | | | | | | | | | | |
| Dentist | 5% | * | | | | | | | | | |
| Neuropsychologist | 5% | | | | | | | | | | |
| Mileage: Neuropsychologist | 4% | | | | | | | | | | |
| Physical Therapy Evaluation | 4% | * | | | | | | | | | |
| Occupational Therapy Evaluation | 4% | * | | | | | | | | | |
| WC Seating Eval | 4% | | | 198.00 | 198.00 | 198.00 | 195.00 | 48.75 | 48.75 | 48.75 | 48.75 |
| SLP Evaluation | 4% | * | | | | | | | | | |
| SLP Feeding Evaluation | 4% | * | | | | | | | | | |
| Physical Therapy | 4% | | M | 700.00 | 700.00 | 700.00 | | | | | |
| Occupational Therapy | 4% | | M | 700.00 | 700.00 | 700.00 | | | | | |
| Speech Therapy | 4% | | | | | | | | | | |
| Nutritional Assessment | 4% | * | | | | | | | | | |
| SLP Feeding Therapy | 4% | * | | | | | | | | | |
| Aquatic Therapy | 4% | | M | 1,000.00 | 1,000.00 | 1,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Hippo Therapy | 4% | | | 720.00 | 720.00 | 720.00 | | | | | |
| Assistive Tech Training | 4% | | | | | | 3,190.00 | 638.00 | 638.00 | 638.00 | 638.00 |
| Case Management | 4% | | M | 4,560.00 | 4,560.00 | 4,560.00 | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 |

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 11 2034 | Compensation Year 12 2035 | Compensation Year 13 2036 | Compensation Year 14 2037 | Compensation Years 15-16 2038-2039 | Compensation Year 17 2040 | Compensation Year 18 2041 | Compensation Year 19 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X-rays | 5% | * | | | | | | | | | |
| Barium Swallow | 5% | * | | | | | | | | | |
| Baclofen | 5% | * | | | | | | | | | |
| Vitamin B1 | 4% | | | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 |
| Biotin | 4% | | | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 |
| Albuterol | 5% | * | | | | | | | | | |
| Pediasure | 4% | | M | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 |
| Liquid Thickener Box - School | 4% | | M | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 |
| Liquid Thickener Canister - Home | 4% | | M | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 |
| Undergarments | 4% | | M | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 |
| Wipes | 4% | | M | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 |
| Adaptive Aids | 4% | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Toilet Chair | 4% | | | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 |
| Standing Frame | 4% | * | | | | | | | | | |
| Heel Protector Pads | 4% | | | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
| Gait Trainer | 4% | | | 466.25 | 466.25 | 466.25 | | | | | 1,568.00 |
| Manual Wheelchair | 4% | * | | | | | | | | | |
| Cushion w/Cover | 4% | | | 126.50 | 126.50 | 126.50 | | | | | 566.00 |
| Manual Transport Wheelchair | 4% | | | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 |
| Wheelchair Maintenance | 4% | * | | | | | | | | | |
| Shower Wheelchair | 4% | | | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 |
| Portable Patient Lift | 4% | * | | | | | | | | | |
| Slings for Lift | 4% | | | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 |
| Hospital Bed | 4% | * | | | | | | | | | |
| Bilateral Wrist/ Hand Orthoses | 4% | * | | | | | | | | | |
| KAFOs | 4% | * | | | | | | | | | |
| Alternative Aug Comm Device | 4% | * | | | | | | | | | |
| Aug Comm Device Accessories | 4% | | | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 |

**Appendix A:  Items of Compensation for K.J.**

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 11 2034 | Compensation Year 12 2035 | Compensation Year 13 2036 | Compensation Year 14 2037 | Compensation Years 15-16 2038-2039 | Compensation Year 17 2040 | Compensation Year 18 2041 | Compensation Year 19 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug Comm Device Maintenance & Repair | 4% | | | | | | 1,448.00 | 289.60 | 289.60 | 289.60 | 289.60 |
| Accessories for Mobility Equip | 4% | | | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 |
| AAC Battery Charger | 4% | | | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 |
| Therapeutic Summer Camp | 4% | | | 567.00 | 567.00 | 567.00 | | | | | |
| Adaptice Tricylce | 4% | | | | | | | | | | |
| Accessible Van | 4% | | | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 |
| Portable Ramps | 4% | | | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 |
| Personal Care Attendant | 4% | | M | 50,172.50 | 50,172.50 | 50,172.50 | | | | | |
| Home Modification | 4% | | | | | | | | | | |
| Housekeeping Services | 4% | | M | | | | 4,644.00 | 4,644.00 | 4,644.00 | 4,644.00 | 4,644.00 |
| Personal Care Aide/Driver Services | 4% | | M | | | | 267,180.00 | 267,180.00 | 267,180.00 | 267,180.00 | 267,180.00 |
| Personal Care Aide in Facility | 4% | | M | | | | | | | | |
| Facility | 4% | | M | | | | | | | | |
| Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Annual Totals | | | | 79,695.05 | 79,840.61 | 79,991.21 | 301,129.79 | 297,273.14 | 297,293.06 | 297,393.50 | 299,647.86 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of K.J. for the benefit of K.J., for lost future earnings ($1,114,638.88),
pain and suffering ($250,000.00), and Yr 1 life care expenses ($251,934.06): $1,616,572.94.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

**Appendix A:  Items of Compensation for K.J.**

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 20 2043 | Compensation Year 21 2044 | Compensation Year 22 2045 | Compensation Year 23 2046 | Compensation Year 24 2047 | Compensation Year 25 2048 | Compensation Year 26 2049 | Compensation Year 27 2050 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance Premiums | 5% | | M | 5,453.88 | 5,614.44 | 5,694.72 | 5,815.08 | 5,935.56 | 6,010.80 | 6,091.08 | 6,131.16 |
| Insurance Maximum out of Pocket | 5% | | | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap | 5% | | M | | | | | | | | |
| Physiatrist | 5% | * | | | | | | | | | |
| Neurologist | 5% | * | | | | | | | | | |
| Mileage: Physiatrist/ Neurologist | 4% | | | 12.72 | 12.72 | 12.72 | 12.72 | 12.72 | 12.72 | 12.72 | 12.72 |
| Orthopedist | 5% | * | | | | | | | | | |
| Mileage: Orthopedist | 4% | | | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 |
| Internist | 5% | * | | | | | | | | | |
| Dentist - Sealants | 5% | | | | | | | | | | |
| Dentist | 5% | * | | | | | | | | | |
| Neuropsychologist | 5% | | | | | | | | | | |
| Mileage: Neuropsychologist | 4% | | | | | | | | | | |
| Physical Therapy Evaluation | 4% | * | | | | | | | | | |
| Occupational Therapy Evaluation | 4% | * | | | | | | | | | |
| WC Seating Eval | 4% | | | 48.75 | 48.75 | 48.75 | 48.75 | 48.75 | 48.75 | 48.75 | 48.75 |
| SLP Evaluation | 4% | * | | | | | | | | | |
| SLP Feeding Evaluation | 4% | * | | | | | | | | | |
| Physical Therapy | 4% | | M | | | | | | | | |
| Occupational Therapy | 4% | | M | | | | | | | | |
| Speech Therapy | 4% | | | | | | | | | | |
| Nutritional Assessment | 4% | * | | | | | | | | | |
| SLP Feeding Therapy | 4% | * | | | | | | | | | |
| Aquatic Therapy | 4% | | M | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Hippo Therapy | 4% | | | | | | | | | | |
| Assistive Tech Training | 4% | | | 638.00 | 638.00 | 638.00 | 638.00 | 638.00 | 638.00 | 638.00 | 638.00 |
| Case Management | 4% | | M | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 |

Appendix A:  Items of Compensation for K.J.

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 20 2043 | Compensation Year 21 2044 | Compensation Year 22 2045 | Compensation Year 23 2046 | Compensation Year 24 2047 | Compensation Year 25 2048 | Compensation Year 26 2049 | Compensation Year 27 2050 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X-rays | 5% | * | | | | | | | | | |
| Barium Swallow | 5% | * | | | | | | | | | |
| Baclofen | 5% | * | | | | | | | | | |
| Vitamin B1 | 4% | | | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 |
| Biotin | 4% | | | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 |
| Albuterol | 5% | * | | | | | | | | | |
| Pediasure | 4% | | M | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 |
| Liquid Thickener Box - School | 4% | | M | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 |
| Liquid Thickener Canister - Home | 4% | | M | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 |
| Undergarments | 4% | | M | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 |
| Wipes | 4% | | M | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 |
| Adaptive Aids | 4% | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Toilet Chair | 4% | | | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 |
| Standing Frame | 4% | * | | | | | | | | | |
| Heel Protector Pads | 4% | | | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
| Gait Trainer | 4% | | | 261.33 | 261.33 | 261.33 | 261.33 | 261.33 | 261.33 | 261.33 | 261.33 |
| Manual Wheelchair | 4% | * | | | | | | | | | |
| Cushion w/Cover | 4% | | | 94.33 | 94.33 | 94.33 | 94.33 | 94.33 | 94.33 | 94.33 | 94.33 |
| Manual Transport Wheelchair | 4% | | | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 |
| Wheelchair Maintenance | 4% | * | | | | | | | | | |
| Shower Wheelchair | 4% | | | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 |
| Portable Patient Lift | 4% | * | | | | | | | | | |
| Slings for Lift | 4% | | | 127.00 | 127.00 | 127.00 | | | | | |
| Hospital Bed | 4% | * | | | | | | | | | |
| Bilateral Wrist/ Hand Orthoses | 4% | * | | | | | | | | | |
| KAFOs | 4% | * | | | | | | | | | |
| Alternative Aug Comm Device | 4% | * | | | | | | | | | |
| Aug Comm Device Accessories | 4% | | | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 |

**Appendix A:  Items of Compensation for K.J.**

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 20 2043 | Compensation Year 21 2044 | Compensation Year 22 2045 | Compensation Year 23 2046 | Compensation Year 24 2047 | Compensation Year 25 2048 | Compensation Year 26 2049 | Compensation Year 27 2050 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug Comm Device Maintenance & Repair | 4% | | | 289.60 | 289.60 | 289.60 | 289.60 | 289.60 | 289.60 | 289.60 | 289.60 |
| Accessories for Mobility Equip | 4% | | | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 |
| AAC Battery Charger | 4% | | | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 |
| Therapeutic Summer Camp | 4% | | | | | | | | | | |
| Adaptice Tricylce | 4% | | | | | | | | | | |
| Accessible Van | 4% | | | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 |
| Portable Ramps | 4% | | | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 |
| Personal Care Attendant | 4% | | M | | | | | | | | |
| Home Modification | 4% | | | | | | | | | | |
| Housekeeping Services | 4% | | M | 4,644.00 | 4,644.00 | 4,644.00 | | | | | |
| Personal Care Aide/Driver Services | 4% | | M | 267,180.00 | 267,180.00 | 267,180.00 | | | | | |
| Personal Care Aide in Facility | 4% | | M | | | | 111,325.00 | 111,325.00 | 111,325.00 | 111,325.00 | 111,325.00 |
| Facility | 4% | | M | | | | 52,196.00 | 52,196.00 | 52,196.00 | 52,196.00 | 52,196.00 |
| Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Annual Totals | | | | 298,065.24 | 298,225.80 | 298,306.08 | 189,996.44 | 190,116.92 | 190,192.16 | 190,272.44 | 190,312.52 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of K.J. for the benefit of K.J., for lost future earnings ($1,114,638.88),
pain and suffering ($250,000.00), and Yr 1 life care expenses ($251,934.06): $1,616,572.94.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

**Appendix A:  Items of Compensation for K.J.**

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 28 2051 | Compensation Year 29 2052 | Compensation Year 30 2053 | Compensation Year 31 2054 | Compensation Year 32 2055 | Compensation Year 33 2056 | Compensation Year 34 2057 | Compensation Years 35-56 2058-2079 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance Premiums | 5% | | M | 6,171.36 | 6,211.44 | 6,251.64 | 6,331.92 | 6,412.20 | 6,532.56 | 6,648.00 | |
| Insurance Maximum out of Pocket | 5% | | | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | 5,800.00 | |
| Medicare Part B Premium | 5% | | M | | | | | | | | 2,096.40 |
| Medicare Part B Deductible | 5% | | | | | | | | | | 240.00 |
| Medigap | 5% | | M | | | | | | | | 2,512.68 |
| Physiatrist | 5% | * | | | | | | | | | |
| Neurologist | 5% | * | | | | | | | | | |
| Mileage: Physiatrist/ Neurologist | 4% | | | 12.72 | 12.72 | 12.72 | 12.72 | 12.72 | 12.72 | 12.72 | 12.72 |
| Orthopedist | 5% | * | | | | | | | | | |
| Mileage: Orthopedist | 4% | | | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 |
| Internist | 5% | * | | | | | | | | | |
| Dentist - Sealants | 5% | | | | | | | | | | |
| Dentist | 5% | * | | | | | | | | | |
| Neuropsychologist | 5% | | | | | | | | | | |
| Mileage: Neuropsychologist | 4% | | | | | | | | | | |
| Physical Therapy Evaluation | 4% | * | | | | | | | | | |
| Occupational Therapy Evaluation | 4% | * | | | | | | | | | |
| WC Seating Eval | 4% | | | 48.75 | 48.75 | 48.75 | 48.75 | 48.75 | 48.75 | 48.75 | 48.75 |
| SLP Evaluation | 4% | * | | | | | | | | | |
| SLP Feeding Evaluation | 4% | * | | | | | | | | | |
| Physical Therapy | 4% | | M | | | | | | | | |
| Occupational Therapy | 4% | | M | | | | | | | | |
| Speech Therapy | 4% | | | | | | | | | | |
| Nutritional Assessment | 4% | * | | | | | | | | | |
| SLP Feeding Therapy | 4% | * | | | | | | | | | |
| Aquatic Therapy | 4% | | M | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Hippo Therapy | 4% | | | | | | | | | | |
| Assistive Tech Training | 4% | | | 638.00 | 638.00 | 638.00 | 638.00 | 638.00 | 638.00 | 638.00 | 638.00 |
| Case Management | 4% | | M | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 |

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 28 2051 | Compensation Year 29 2052 | Compensation Year 30 2053 | Compensation Year 31 2054 | Compensation Year 32 2055 | Compensation Year 33 2056 | Compensation Year 34 2057 | Compensation Years 35-56 2058-2079 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X-rays | 5% | * | | | | | | | | | |
| Barium Swallow | 5% | * | | | | | | | | | |
| Baclofen | 5% | * | | | | | | | | | 1,204.50 |
| Vitamin B1 | 4% | | | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 | 87.60 |
| Biotin | 4% | | | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 | 722.70 |
| Albuterol | 5% | * | | | | | | | | | 284.10 |
| Pediasure | 4% | | M | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 | 1,569.50 |
| Liquid Thickener Box - School | 4% | | M | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 | 207.00 |
| Liquid Thickener Canister - Home | 4% | | M | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 |
| Undergarments | 4% | | M | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 | 740.95 |
| Wipes | 4% | | M | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 | 131.40 |
| Adaptive Aids | 4% | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Toilet Chair | 4% | | | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 |
| Standing Frame | 4% | * | | | | | | | | | |
| Heel Protector Pads | 4% | | | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
| Gait Trainer | 4% | | | 261.33 | 261.33 | 261.33 | 261.33 | 261.33 | 261.33 | 261.33 | 261.33 |
| Manual Wheelchair | 4% | * | | | | | | | | | |
| Cushion w/Cover | 4% | | | 94.33 | 94.33 | 94.33 | 94.33 | 94.33 | 94.33 | 94.33 | 94.33 |
| Manual Transport Wheelchair | 4% | | | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 | 69.57 |
| Wheelchair Maintenance | 4% | * | | | | | | | | | |
| Shower Wheelchair | 4% | | | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 | 395.20 |
| Portable Patient Lift | 4% | * | | | | | | | | | |
| Slings for Lift | 4% | | | | | | | | | | |
| Hospital Bed | 4% | * | | | | | | | | | |
| Bilateral Wrist/ Hand Orthoses | 4% | * | | | | | | | | | |
| KAFOs | 4% | * | | | | | | | | | |
| Alternative Aug Comm Device | 4% | * | | | | | | | | | |
| Aug Comm Device Accessories | 4% | | | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 | 393.00 |

Appendix A:  Items of Compensation for K.J.                                        Page 12 of 15

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 28 2051 | Compensation Year 29 2052 | Compensation Year 30 2053 | Compensation Year 31 2054 | Compensation Year 32 2055 | Compensation Year 33 2056 | Compensation Year 34 2057 | Compensation Years 35-56 2058-2079 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug Comm Device Maintenance & Repair | 4% | | | 289.60 | 289.60 | 289.60 | 289.60 | 289.60 | 289.60 | 289.60 | 289.60 |
| Accessories for Mobility Equip | 4% | | | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 | 97.60 |
| AAC Battery Charger | 4% | | | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 | 19.80 |
| Therapeutic Summer Camp | 4% | | | | | | | | | | |
| Adaptice Tricylce | 4% | | | | | | | | | | |
| Accessible Van | 4% | | | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 | 4,953.50 |
| Portable Ramps | 4% | | | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 | 44.30 |
| Personal Care Attendant | 4% | | M | | | | | | | | |
| Home Modification | 4% | | | | | | | | | | |
| Housekeeping Services | 4% | | M | | | | | | | | |
| Personal Care Aide/Driver Services | 4% | | M | | | | | | | | |
| Personal Care Aide in Facility | 4% | | M | 111,325.00 | 111,325.00 | 111,325.00 | 111,325.00 | 111,325.00 | 111,325.00 | 111,325.00 | 111,325.00 |
| Facility | 4% | | M | 52,196.00 | 52,196.00 | 52,196.00 | 52,196.00 | 52,196.00 | 52,196.00 | 52,196.00 | 52,196.00 |
| Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Annual Totals | | | | 190,352.72 | 190,392.80 | 190,433.00 | 190,513.28 | 190,593.56 | 190,713.92 | 190,829.36 | 184,719.04 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of K.J. for the benefit of K.J., for lost future earnings ($1,114,638.88),
pain and suffering ($250,000.00), and Yr 1 life care expenses ($251,934.06): $1,616,572.94.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

**Appendix A:  Items of Compensation for K.J.**

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 57 | Compensation Years 58-Life |
|---|---|---|---|---|---|
| | | | | 2080 | 2081-Life |
| Insurance Premiums | 5% | | M | | |
| Insurance Maximum out of Pocket | 5% | | | | |
| Medicare Part B Premium | 5% | | M | 2,096.40 | 2,096.40 |
| Medicare Part B Deductible | 5% | | | 240.00 | 240.00 |
| Medigap | 5% | | M | 2,052.00 | 2,052.00 |
| Physiatrist | 5% | * | | | |
| Neurologist | 5% | * | | | |
| Mileage: Physiatrist/ Neurologist | 4% | | | 12.72 | 12.72 |
| Orthopedist | 5% | * | | | |
| Mileage: Orthopedist | 4% | | | 0.91 | 0.91 |
| Internist | 5% | * | | | |
| Dentist - Sealants | 5% | | | | |
| Dentist | 5% | * | | | |
| Neuropsychologist | 5% | | | | |
| Mileage: Neuropsychologist | 4% | | | | |
| Physical Therapy Evaluation | 4% | * | | | |
| Occupational Therapy Evaluation | 4% | * | | | |
| WC Seating Eval | 4% | | | 48.75 | 48.75 |
| SLP Evaluation | 4% | * | | | |
| SLP Feeding Evaluation | 4% | * | | | |
| Physical Therapy | 4% | | M | | |
| Occupational Therapy | 4% | | M | | |
| Speech Therapy | 4% | | | | |
| Nutritional Assessment | 4% | * | | | |
| SLP Feeding Therapy | 4% | * | | | |
| Aquatic Therapy | 4% | | M | 2,000.00 | |
| Hippo Therapy | 4% | | | | |
| Assistive Tech Training | 4% | | | 638.00 | 638.00 |
| Case Management | 4% | | M | 1,710.00 | 1,710.00 |

Case 1:18-vv-01538-UNJ   Document 73   Filed 03/25/24   Page 23 of 24
Appendix A:  Items of Compensation for K.J.
Page 14 of 15

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 57 | Compensation Years 58-Life |
|---|---|---|---|---|---|
| | | | | 2080 | 2081-Life |
| X-rays | 5% | * | | | |
| Barium Swallow | 5% | * | | | |
| Baclofen | 5% | * | | 1,204.50 | 1,204.50 |
| Vitamin B1 | 4% | | | 87.60 | 87.60 |
| Biotin | 4% | | | 722.70 | 722.70 |
| Albuterol | 5% | * | | 284.10 | 284.10 |
| Pediasure | 4% | | M | 1,569.50 | 1,569.50 |
| Liquid Thickener Box - School | 4% | | M | 207.00 | 207.00 |
| Liquid Thickener Canister - Home | 4% | | M | 156.00 | 156.00 |
| Undergarments | 4% | | M | 740.95 | 740.95 |
| Wipes | 4% | | M | 131.40 | 131.40 |
| Adaptive Aids | 4% | | | 150.00 | 150.00 |
| Toilet Chair | 4% | | | 41.60 | 41.60 |
| Standing Frame | 4% | * | | | |
| Heel Protector Pads | 4% | | | 25.00 | 25.00 |
| Gait Trainer | 4% | | | 261.33 | 261.33 |
| Manual Wheelchair | 4% | * | | | |
| Cushion w/Cover | 4% | | | 94.33 | 94.33 |
| Manual Transport Wheelchair | 4% | | | 69.57 | 69.57 |
| Wheelchair Maintenance | 4% | * | | | |
| Shower Wheelchair | 4% | | | 395.20 | 395.20 |
| Portable Patient Lift | 4% | * | | | |
| Slings for Lift | 4% | | | | |
| Hospital Bed | 4% | * | | | |
| Bilateral Wrist/ Hand Orthoses | 4% | * | | | |
| KAFOs | 4% | * | | | |
| Alternative Aug Comm Device | 4% | * | | | |
| Aug Comm Device Accessories | 4% | | | 393.00 | 393.00 |

**Appendix A:  Items of Compensation for K.J.**

| ITEMS OF COMPENSATION | G.R | * | M | Compensation Year 57 2080 | Compensation Years 58-Life 2081-Life |
|---|---|---|---|---|---|
| Aug Comm Device Maintenance & Repair | 4% | | | 289.60 | 289.60 |
| Accessories for Mobility Equip | 4% | | | 97.60 | 97.60 |
| AAC Battery Charger | 4% | | | 19.80 | 19.80 |
| Therapeutic Summer Camp | 4% | | | | |
| Adaptice Tricylce | 4% | | | | |
| Accessible Van | 4% | | | 4,953.50 | 4,953.50 |
| Portable Ramps | 4% | | | 44.30 | 44.30 |
| Personal Care Attendant | 4% | | M | | |
| Home Modification | 4% | | | | |
| Housekeeping Services | 4% | | M | | |
| Personal Care Aide/Driver Services | 4% | | M | | |
| Personal Care Aide in Facility | 4% | | M | 111,325.00 | 111,325.00 |
| Facility | 4% | | M | 52,196.00 | 52,196.00 |
| Lost Future Earnings | | | | | |
| Pain and Suffering | | | | | |
| Annual Totals | | | | 184,258.36 | 182,258.36 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of K.J. for the benefit of K.J., for lost future earnings ($1,114,638.88),
pain and suffering ($250,000.00), and Yr 1 life care expenses ($251,934.06): $1,616,572.94.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.